UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**CHARLES ANDERSON,**

Plaintiff,

v.

**Court File No. CV 00-51 MJD/~~GJL~~ JGL**

**YELLOW MEDICINE COUNTY, a political subdivision of the State of Minnesota, RICHARD BLACKWELDER individually and as Sheriff of Yellow Medicine County, and SOUTHWESTERN MINNESOTA MENTAL HEALTH CENTER, INC., a Minnesota Corporation,**

Defendants.

**AMENDED PRETRIAL ORDER**

---

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading to or to add any parties must be filed and heard prior to July 1, 2000;

3. Plaintiff shall disclose all expert witnesses by November 13, 2000, and reports by November 30, 2000; Defendants shall disclose all expert witnesses by December 18, 2000, and reports by December 31, 2000.

4. The period during which the parties may seek discovery shall be completed by February 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2001;

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to May 1, 2001; and

7. This case will be considered "ready for trial" as of May 1, 2001.

DATED this 4 day of ~~August~~ Oct, 2000.

Jonathan Lebedoff
United States Magistrate

Attest:
Clerk of Court

By: ______________________
Deputy