**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CHARLES ANDERSON,

Plaintiff,

v.

COUNTY OF YELLOW MEDICINE and
RICHARD BLACKWELDER, Sheriff,

Defendants.

00CV51 (JNE/JGL)

**NOTICE OF JURY TRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Tuesday, September 2, 2003 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: July 2, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED JUL 0 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____