# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Charles Anderson,

v.

Yellow Medicine County,

## PRETRIAL CONFERENCE NOTICE

**Case Number Civil 00-51 JNE/JGL**

(x) TAKE NOTICE That a proceeding in this case has been scheduled for the date place and time as set forth below.:.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Wednesday, August 27, 2003 @ 2:00 P.M., for a Final Pretrial Conference.**

Dated: August 14, 2003

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: John Mack
Jon Iverson

FILED AUG 1 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______