# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Charles Anderson,

v.

**CIVIL TRIAL NOTICE**

**Case Number 00-51 (JNE/JGL)**

Yellow Medicine County,

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, September 4, 2003 @ 1:30 P.M., for civil jury selection. Trial will commence on Monday, September 8, 2003 @ 1:00 P.M.**

Submit pretrial materials (**an original and two copies**) pursuant to Rule 39 directly to Judge Magnuson's chambers, Room 730 Federal Building, 316 North Robert St., St. Paul, MN 55101 by 4:30 P.M. on Wednesday, August 20, 2003. **COUNSEL MUST PREMARK ALL EXHIBITS.**
(If previously submitted, disregard)

Dated: August 14, 2003

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: John Mack
Jon Iverson

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK