# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles Anderson

Plaintiff

v.

Yellow Medicine County and
Richard Balckwelder

Defendants

Case No. Civil 00-51 JNE/JGL

**JUDGMENT IN A CIVIL CASE**

---

( x ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(   ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment is hereby entered in favor of the defendant, Richard Blackwelder individually and as Sheriff of Yellow Medicine County and against the plaintiff Charles Anderson.

DATE: September 20, 2003

RICHARD D. SLETTEN, CLERK

Paul A. Magnuson, Judge
U.S. District Court

Victoria Moralez, Deputy Clerk