# *United States District Court*
# *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-51 JNE/JGL
Title of Action: Charles Anderson v. Yellow Medicine County, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendants Yellow Medicine County and Richard Blackwelder in the above entitled action on December 4, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: December 8, 2003

RICHARD D. SLETTEN, CLERK

By [signature]
Julie Rustad, Deputy Clerk

57