# IVERSON REUVERS, LLC

Attorneys at Law

Jon K. Iverson
Paul D. Reuvers
Jason J. Kuboushek
Mark S. Brown
Pamela J.F. Whitmore
Jason M. Hiveley
Susan M. Tindal

230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438
Telephone: 952.548.7200
Facsimile: 952.946.1501

Jason J. Kuboushek
Direct: 952.548.7206
jkuboushek@iversonlaw.com

November 20, 2003

The Honorable Paul A. Magnuson
Judge of U.S. District Court
District of Minnesota
Room 730 Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: Charles Anderson v. Yellow Medicine County, et al
Court File No: 00-CV-51 MJD/JGL
Our File No: 10031.0195

Dear Judge Magnuson:

We have recently contacted the Clerk's Office about obtaining the names and telephone numbers of the jurors from the *Anderson v. Yellow Medicine County* case. The Clerk's Office indicated they would not release this information until you direct them to. We would request you grant us permission to obtain the names and telephone numbers so we can talk to the jurors about the trial.

If you have any questions or concerns, please feel free to contact me.

Yours truly,

IVERSON REUVERS. LLC

Jason J. Kuboushek
JJK:be

11/24/03
So ordered

NOV 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.