UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Anderson,

Plaintiff, Civil No. 00-51 (JNE/JGL)

v.

Yellow Medicine County, et al.,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees of the Court Reporter | $1,875.20 | $1,580.20 |
| Fees for Witnesses | $2,238.52 | $80.00 |
| Fees for Exemplification and Copies | $2,502.25 | $2,502.25 |
| Docket Fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| TOTAL: | $6,785.97 | $4332.45 |

Costs, therefore, are taxed in the sum of Four Thousand Three Hundred Thirty Two and 45/100 Dollars ($4,332.45) in favor of Defendants Yellow Medicine County and Richard Blackwelder, and against Plaintiff Charles Anderson and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of January 20, 2004.

RICHARD D. SLETTEN, CLERK

By____________________
Brian J. Saame
Law Clerk

FILED JAN 20 2004
RICHARD D. SLETTEN CLERK
JUDGMENT ENTERED______
DEPUTY CLERK'S INITIALS______

# TAXATION OF COSTS SUMMARY

Civil No. 00-51 (JNE/JGL)

Charles Anderson,

v.

Yellow Medicine County, et al.

---

I. Fees of the Clerk

| | | | |
|---|---|---|---|
| Claimed | $150.00 | Allowed | $150.00 |

II. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $1,875.20 | Allowed | $1,580.20 |

Videotaped deposition of Dr. Frederick Strobl not shown to be necessary for use in the case.

III. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $2,238.52 | Allowed | $80.00 |

Expert Witness fee for Dr. Frederick Strobl and Ron Madison limited to $40.00 pursuant to 28 U.S.C. § 1821. Travel expenses of Richard Blackwelder not recoverable under 28 U.S.C. §§ 1821, 1920. Sales v. Marshall, 873 F.2d 115, 122 (6th Cir. 1989).

IV. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $2,502.25 | Allowed | $2,502.25 |

V. Docket Fees under 28 U.S.C. § 1923

| | | | |
|---|---|---|---|
| Claimed | $20.00 | Allowed | $20.00 |

**TOTAL ALLOWED: $4,332.45**

Dated: January 20, 2004